IN THE UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
VIRGINIA, ROANOKE DIVISION

7:22-MC-33333

AMENDED MOTION TO ADMIT NICHOLAS L.
FEELEY AS A THIRD-YEAR PRACTICE
STUDENT

Whereby,

- Mr. Feeley is a law student in his third year at the University of Virginia School of Law;

- Mr. Feeley is interning with the Federal Public Defender's Office for the Western District of Virginia during the fall of 2021, assigned to the Charlottesville duty station;

- Mr. Feeley has completed four semesters of legal study;

- Mr. Feeley has certified that he has read and is familiar with the Virginia Code of Professional Responsibility; and

- Mr. Feeley will be supervised by an attorney from the Federal Public Defender's Office for the Western District of Virginia,

The undersigned counsel, Monica D. Cliatt, PA Atty. No. 84848, moves this Court to admit Nicholas L. Feeley to practice before the district courts of the Western District of Virginia according to Standing Order No. 2015-6.

Respectfully submitted,

*/s/Monica D. Cliatt*
Monica D. Cliatt
First Asst. Federal Public Defender
Pa. Atty. No. 84848
Office of the Federal Public Defender
210 First Street, Ste. 400
Roanoke, VA 24011
Tel: (540) 777-0880
Fax: (540) 777-0897
Email: monica_cliatt@fd.org