IN THE UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
VIRGINIA, ROANOKE DIVISION

No.: 7:21 MC 33333

AMENDED MOTION TO ADMIT NICHOLAS
FEELEY AS A THIRD-YEAR PRACTICE
STUDENT

**ORDER OF COURT**

IT IS HEREBY ORDERED that Nicholas Feeley, having certified he has read and is familiar with the Virginia Code of Professional Responsibility and having produced a Third Year Practice Certificate from the Virginia State Bar averring he has completed four semesters of legal studies, including professional ethics, is admitted to practice in the district courts of the Western District of Virginia under the supervision of an attorney from the Federal Public Defender's Office pursuant to Standing Order 2015-06.

BY THE COURT:

_____
Chief Judge