# VIRGINIA STATE BAR

## THIRD YEAR PRACTICE CERTIFICATE

*for*

### NICHOLAS FEELEY

This certifies that the above-named individual is duly authorized to undertake and perform all acts permitted to third year law students by applicable Supreme Court rules.  Specifically, this individual has completed four semesters of legal studies, including courses in criminal law, professional ethics, evidence and procedure, as required by Paragraph 15, Part 6, Section IV, of the Rules of the Supreme Court of Virginia.

Issued January 21, 2022

Karen A. Gould
Executive Director and
Chief Operating Officer

University of Virginia School of Law