# CERTIFICATION REGARDING VIRGINIA CODE OF PROFESSIONAL RESPONSIBILITY

Dear Judge Urbanski, Chief Judge of the United States District Court for the WDVA:

I have read and am familiar with the Virginia Code of Professional Responsibility.

*Nicholas Feeley*
_____
Nicholas Feeley, 3L
University of Virginia School of Law

01/30/2022
_____
Date