

**SCHOOL *of* LAW**

Jason Dugas
Assistant Dean of Academic Services and Registrar

February 8, 2022

To Whom it May Concern

RE:  Nicholas Feeley

I hereby certify that our records show the above-named individual is enrolled as a full-time student at the University of Virginia School of Law and is active for the spring 2022 term.  We anticipate the above-named individual will graduate in May 2022 and be awarded the Juris Doctor (J.D.) degree.  I am unaware of any disciplinary or academic sanctions concerning the above-named individual imposed by the Law School or University since the student's entry to the Law School.

Lastly, I certify that the University of Virginia's School of Law is an ABA approved law school, first approved in 1923.

If I can be of any further assistance, please contact me.

Sincerely,

Jason Dugas



580 Massie Road, Charlottesville, VA 22903  |  P 434.924.6024  |  F 434.924.4672  |  E jdugas@law.virginia.edu

www.law.virginia.edu