IN THE UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
VIRGINIA, ROANOKE DIVISION

7:22-MC-33333

MOTION TO ADMIT SHANNON MCGRATH AS A
THIRD-YEAR PRACTICE STUDENT

Whereby,

- Ms. McGrath is a law student about to begin her third year at the Washington and Lee University School of Law;

- Ms. McGrath is interning with the Federal Public Defender's Office for the Western District of Virginia during the fall of 2020, assigned to the Roanoke, Virginia duty station;

- Ms. McGrath has received a letter of certification from the Dean for the University of Virginia School of Law which is attached to this motion;

- Ms. McGrath has signed and certified that she has read and is familiar with the Virginia Code of Professional Responsibility; and

- Ms. McGrath will be supervised by an attorney from the Federal Public Defender's Office for the Western District of Virginia,

The undersigned counsel, Monica D. Cliatt, PA Atty. No. 84848, moves this Court to admit Shannon McGrath to practice before the district courts of the Western District of Virginia according to Standing Order No. 2015-6.

Respectfully submitted,

*/s/Monica D. Cliatt*
Monica D. Cliatt
First Asst. Federal Public Defender
Pa. Atty. No. 84848
Office of the Federal Public Defender
210 First Street, Ste. 400
Roanoke, VA 24011
Tel: (540) 777-0880
Fax: (540) 777-0897
Email: monica_cliatt@fd.org