IN THE UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
VIRGINIA, ROANOKE DIVISION

No.: 7:22 MC 33333

MOTION TO ADMIT SHANNON MCGRATH AS A
THIRD-YEAR PRACTICE STUDENT

**ORDER OF COURT**

IT IS HEREBY ORDERED that Shannon McGrath, having certified he has read and is familiar with the Virginia Code of Professional Responsibility and having produced a Third-Year Practice Certificate from the Virginia State Bar is admitted to practice in the district courts of the Western District of Virginia under the supervision of an attorney from the Federal Public Defender's Office pursuant to Standing Order 2015-06.

BY THE COURT:

_____
Chief Judge