## ACKNOWLEDGMENT OF PROFESSIONAL RESPONSIBILITY

Dear Judge Urbanski, Chief Judge of the United States District Court for the WDVA:

I have read and am familiar with the Virginia Code of Professional Responsibility.

_Shannon McGrath_
[PRINT NAME]

_[signature]_
[SIGNATURE]

_March 4, 2022_
Date