

# WASHINGTON AND LEE
## UNIVERSITY
## SCHOOL OF LAW
Sydney Lewis Hall
Lexington, VA 24450

April 15, 2022

To Whom It May Concern:

    This will certify that Shannon Kate McGrath is enrolled as a full-time student at Washington and Lee University School of Law, for the academic year beginning August 30, 2021, and ending April 18, 2022. And is in good standing.  Their expected date of graduation is May 12, 2023.  They are perusing a Juris Doctor.

    If you have questions about Ms. McGrath's status with the University, please feel free to contact my office, as below, or by electronic mail at registrar@wlu.edu.

Sincerely,

Kim Robinson
University Registrar

KDR/kfr

SEAL

