IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

7:22-MC-33333

**ORDER OF COURT**

**IT IS HEREBY ORDERED** that Ciara Reed, having certified she has read and is familiar with the Virginia Code of Professional Responsibility and having produced a certification from the Dean of Georgetown University Law Center averring that she has completed four semesters of legal studies, is admitted to practice in the district courts of the Western District of Virginia under the supervision of an attorney from the Georgetown University Law Center, pursuant to Standing Order No. 2015-06.

BY THE COURT: September 20, 2022

/s/ Elizabeth K. Dillen
_____
Judge